UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS R BOHL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL TIME RESOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 3:18-cv-00896-WHO<br><br>**ORDER TO SHOW CAUSE** |

On May 23, 2018, I ordered unrepresented plaintiff Dennis Bohl to file a signed amended complaint by June 1, 2018. Dkt. No. 43. He missed that deadline, but on June 5, 2018, he filed another unsigned complaint. Dkt. No. 44. In reply to its motion to strike, defendant Real Time Resolutions, Inc. ("RTR") urges me to strike the complaint and dismiss this case for failure to prosecute, as I previously indicated I may do. Dkt. No. 43.

A case management conference is set for June 13, 2018. If plaintiff does not appear at the CMC and show cause for his failure to correct the defect in the pleading, sign the pleading, and demonstrate his intent to prosecute this case (including opposing the pending motions to dismiss), this case will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: June 8, 2018

William H. Orrick
United States District Judge